Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise designated as "BRANDSCHITZMITTEL LK 13" consists of chemical compounds, the claim of the plaintiff was sustained.

No. 64970.—Verona Dyestuffs v. United States, protest 59/20209 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise designated as "FAST GARNET GBC BASE" is a fast color base derived in whole or in part from a product provided for in paragraph 27 or 1651 of the act, the claim of the plaintiff was sustained.

No. 64971.—Booth Fisheries Corporation v. United States, protests 58/25564 and 59/8864 (Detroit).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64972.—The Coldwater Seafood Corp. v. United States, protest 59/11900 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64973.—Iceland Products, Inc. v. United States, protest 60/18879 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v.